**FILED** SEP 25 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ADRIAN MOON,

    Petitioner,

v.

M. SPEARMAN, Warden,

    Respondent.

Case No. CV 12-8022-RGK (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: September 25, 2012

R. Gary Klausner
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 25 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY