FILED
SEP 25 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADRIAN MOON,<br><br>    Petitioner,<br><br>    v.<br><br>M. SPEARMAN, Warden,<br><br>    Respondent. | Case No. CV 12-8022-RGK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: September 25, 2012

_R. Gary Klausner_
R. Gary Klausner
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 25 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY